BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-MJ-00112-CKD |
| | ) | |
| Plaintiff, | ) | Order Continuing Bench Trial |
| | ) | |
| v. | ) | |
| | ) | |
| JONH C. SLAVEN, | ) | DATE: July 8, 2013 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Carolyn K. Delaney |
| _____ | ) | |

It is hereby ordered that the Bench Trial set for July 8, 2013 is VACATED.  Further, a status conference is set for February 6, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE